

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2019

No. 04-19-00457-CV

Ex parte C.D.R.,

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 33751
Honorable Enrique Fernandez, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is deemed filed.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2019.

_____
Michael A. Cruz,
Clerk of Court